COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                                 NO.
2-07-060-CV

 

 

IN RE DAWN M. BRANDON                                                                  RELATOR

 

                                                       ------------

 

                                           ORIGINAL
PROCEEDING

 

                                                       ------------

 

                                      MEMORANDUM OPINION[1]

                                                       ------------

The court has
considered relator=s petition for writ of mandamus and
accompanying motion for temporary relief and is of the opinion that relief
should be denied. Accordingly, relator=s petition for writ of mandamus and motion for temporary relief are both DENIED. 

 

PER
CURIAM

PANEL A:  GARDNER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  February 26, 2007











[1]See Tex.
R. App. P. 47.4.